June 18, 2010

Ms. Susan S. Vance
Alexander Dubose & Townsend LLP
515 Congress Ave., Suite 2350
Austin, TX 78701
Mr. Robert Lee Galloway
South Texas College of Law
1303 San Jacinto
Houston, TX 77002

RE: Case Number: 09-0224
 Court of Appeals Number: 06-07-00122-CV
 Trial Court Number: 35159

Style: WAL-MART STORES, INC.
 v.
 CHARLES T. MERRELL, SR., AS WRONGFUL DEATH BENEFICIARY OF CHARLES
 THOMAS MERRELL, II, DECEASED, AND AS REPRESENTATIVE OF THE ESTATE OF
 CHARLES THOMAS MERRELL, II AND JANE CEVERNY, AS WRONGFUL DEATH
 BENEFICIARY OF CHARLES THOMAS MERRELL II, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Debbie |
| |Autrey |
| |Ms. Nancy Young|